MEMO ENDORSED

# Ballard Spahr
### LLP

1675 Broadway, 19th Floor
New York, NY 10019-5820
TEL 212.223.0200
FAX 212.223.1942
www.ballardspahr.com

Aleksandr Altshuler
Tel: 646.346.8008
AltshulerA@ballardspahr.com

May 19, 2026

*Via ECF*

The Honorable Dale E. Ho
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  *Truist Bank v. Amida Care, Inc., et al.,* No. 1:26-cv-00710-DEH
Letter Motion to Adjourn Initial Pretrial Conference and Related Deadlines

Dear Judge Ho:

This firm represents Interpleader Plaintiff Truist Bank ("Truist") in the above-referenced matter. We write on consent of counsel for Interpleader Defendant Amida Care, Inc. ("Amida Care") to request an adjournment of the initial pretrial conference currently scheduled for May 26, 2026 and the associated deadlines in the Court's *Notice of Initial Pretrial Conference* (ECF No. 9).

Truist respectfully requests that the initial pretrial conference, which is the parties' next scheduled appearance before the Court, be adjourned until July or August of 2026. Counsel for Truist and Amida Care are available on any date in July or August except for July 6-10 and 22 and August 17-28. This is Truist's first request for an adjournment.

Truist requests the adjournment to allow itself time to effect service of Interpleader Defendant Lishma Oil, Inc. ("Lishma Oil"). Truist began trying to serve Lishma Oil, a Georgia corporation, on January 29, 2026. Truist initially attempted service at a residential address in Washington, Georgia. Per the Georgia Secretary of State, this is the address of Lishma Oil's officers and registered agent. On February 4, 2026, Truist's process server indicated service could not be effected at this address. An individual identifying herself as the grandmother of Lishma Oil's CEO and registered agent, Wendy Jackson, indicated that Ms. Jackson resided in Texas. However, this individual had no contact information for Ms. Jackson.

The Honorable Dale E. Ho
May 19, 2026
Page 2

On February 11, 2026, Truist asked Cyril Westcott-Omwirhiren, an attorney who had previously represented Lishma Oil, if he was authorized to execute a waiver of service pursuant to Fed. R. Civ. P. 4(d). Truist also provided Mr. Westcott-Omwirhiren a waiver form addressed to Mr. Westcott-Omwirhiren and containing his contact information. On March 4, 2026, Mr. Westcott-Omwirhiren provided a signed copy of the waiver form. However, the waiver appears to be ineffective because it is signed by Ms. Jackson, rather than Mr. Westcott-Omwirhiren.

On March 6, 2026, Truist asked Mr. Westcott-Omwirhiren to either sign the waiver form himself or prepare an updated form with Ms. Jackson's contact information for Ms. Jackson's signature. On March 6, 2026, Mr. Westcott-Omwirhiren responded that he would "review" this issue. After Truist followed up with Mr. Westcott-Omwirhiren several times, he indicated on April 16, 2026 that he was "away on medical" but that he would "reach out" to Ms. Jackson. Truist has received no further response from Ms. Jackson, Mr. Westcott-Omwirhiren, or anyone else associated with Lishma Oil.

Truist now intends to serve Lishma Oil through the Georgia Secretary of State, as authorized by Fed. R. Civ. P. 4(h)(1)(A) and O.C.G.A. § 9-11-4(e)(1)(A). Truist respectfully submits that an adjournment of the initial pretrial conference to July or August of 2026 would provide sufficient time for Truist to effect service, for Lishma Oil to respond to the Interpleader Complaint, and for Lishma Oil to participate in the conference.

We greatly appreciate the Court's consideration and are available should Your Honor have any questions or concerns.

Respectfully submitted,

Aleksandr Altshuler

cc:     All counsel of record (*via ECF*)

Application **GRANTED**. The initial pretrial conference is hereby **ADJOURNED** to August 4, 2026 at 2:00 p.m. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 775 569 13, followed by the pound (#) sign. The parties shall submit the joint letter and proposed Civil Case Management Plan and Scheduling Order, described in this Court's Order, ECF No. 9, no later than the Thursday prior to the initial pretrial conference.

The Clerk of Court is respectfully directed to close ECF No. 16.

**SO ORDERED.**

Dale E. Ho
United States District Judge
Dated: May 20, 2026
New York, New York

#4933-0519-2109 v1