UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Truist Bank,

Plaintiff,

v.

Amida Care, Inc., et al,

Defendants.

26-CV-710 (DEH)

ORDER

DALE E. HO, United States District Judge:

Interpleader Plaintiff Truist Bank and Interpleader Defendant Amida Care, Inc. have requested the Court cancel the initial pretrial conference scheduled for August 4, 2026. That request is **GRANTED**. The initial pretrial conference is **CANCELLED**.

Interpleader Plaintiff's Motion, ECF No. 19, will be decided in due course.

SO ORDERED.

Dated: July 31, 2026
New York, New York

DALE E. HO
United States District Judge